JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2016 ROLLS ROYCE DAWN CONVERTIBLE, ONE 2015 MCLAREN 650S SPIDER CONVERTIBLE, ONE 2014 MERCEDES-BENZ ML350 SUV, ONE 1993/1994 VESSEL NAMED “MADAME MUSIQUE” AND ONE NOVURANIA 15’ TENDER,<br><br>Defendants. | No. 2:18-CV-02435-DSF<br><br>CONSENT JUDGMENT OF FORFEITURE |
| STARCLUB, INC.,<br><br>Claimant. | |

Plaintiff and claimant StarClub, Inc. have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES:**

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimant has filed a claim and has answered the complaint. Claims were filed by Bernhard Eugen Fritsch and Greenwich Music, LLC., however they were withdrawn on May 27, 2022. This Court has jurisdiction over the parties to this judgment and the defendant property. Any potential claimants to the defendant property other than Claimant are deemed to have admitted the allegations of the complaint with respect to the defendant property.

2. The proceeds of the sale of the following shall be forfeited to the United States, and no other right, title, or interest shall exist therein:

a. One 2016 Rolls Royce Dawn Convertible;

b. One 2015 McLaren 650S Spider Convertible;

c. One 2014 Mercedes-Benz ML350 SUV;

d. One 1993/1994 Vessel Named "Madame Musique"; and

e. One Novurania 15' Tender.

3. Claimant has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Claimant has also waived any rights they may have to seek remission or

mitigation of the forfeiture. Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by Claimant of any liability or wrongdoing.

4. The court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: July 20, 2026

Dale S. Fischer

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE